THIS OPINION HAS 
 NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY 
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)2, SCARC. 
THE STATE OF SOUTH CAROLINA 
In The Supreme Court 

 
 
 
Derek J. Brown, Petitioner,
v.
State of South 
 Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Laurens County 
D. Garrison Hill, Circuit Court Judge 

Memorandum Opinion No. 2012-MO-014
Submitted April 18, 2012 - Filed May 9, 
 2012 

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
William
 T. Toal, of Johnson Toal & Battiste, of Columbia, for Petitioner.
Attorney
 General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General
 Ashley McMahan, all of Columbia, for Respondent.
 
 
 

PER CURIAM: After careful consideration of the
 Appendix and briefs, the writ of certiorari is 
 DISMISSED 
 AS IMPROVIDENTLY GRANTED. 
 PLEICONES, 
 ACTING CHIEF JUSTICE, BEATTY, KITTREDGE and HEARN, JJ., concur. TOAL, C.J., 
 not participating.